## **APPENDIX**

E-mail from Defendant, U.S. Department of State ("Defendant" or "DOS") confirming request number of FOIA request, dated October 23, 2023……………………………………………1

E-mail from Defendant confirming receipt of FOIA request, dated October 2, 2023………………2

Print-out of FOIA request status on December 1, 2023, confirming current status of request……...3

E-mail from Defendant noting placement of request in complex processing track, dated January 18, 2024……………………………………………………………………………………………4

Print-out of FOIA request status on February 13, 2024, confirming current status of request……...5

Print-out of full FOIA request……………………………………………………………6 - 8

Copy of Consent for Disclosure of Records Protected Under the Privacy Act signed by Plaintiff and dated October 5, 2023……………………………………………………………………9

Refusal Worksheet issued by U.S. Department of State, U.S. Embassy in Nicosia, Cyprus, dated July 17, 2023……………….............................................................................................10

# Westcott, Yesim U.

| | |
|---|---|
| **From:** | foiastatus@state.gov |
| **Sent:** | Monday, October 23, 2023 9:06 PM |
| **To:** | Westcott, Yesim U. |
| **Subject:** | Ref: F-2024-01004 |
| **Categories:** | Case Strategy |

[EXTERNAL EMAIL]

Dear Yesim Westcott:

Thank you for filing your information access request to the U.S. Department of State. Your request number is F-2024-01004.

You will receive a formal acknowledgement to your request in no later than 10 working days. If the Department requires additional information from you, then you will also be notified.

Should you have any questions about your request, you may also contact us at:

FOIAStatus@state.gov


Regards,
Requesters Communications Branch
Office of Information Programs and Services
U.S. Department of State

# Westcott, Yesim U.

| | |
|---|---|
| **From:** | foiastatus@state.gov |
| **Sent:** | Monday, October 23, 2023 9:07 PM |
| **To:** | Westcott, Yesim U. |
| **Subject:** | Status Update for Request #F-2024-01004 with U.S. Department of State |

[EXTERNAL EMAIL]

Dear Yesim Westcott,

The status of your FOIA request #F-2024-01004 has been updated to the following status 'Received'. To learn more, please log into the DoS FOIA Portal via the Application URL below.

https://pal.foia.state.gov

Regards,
U.S. Department of State



# Westcott, Yesim U.

| | |
|---|---|
| **From:** | foiastatus@state.gov |
| **Sent:** | Thursday, January 18, 2024 7:22 AM |
| **To:** | Westcott, Yesim U. |
| **Subject:** | Ref: F-2024-01004, Freedom of Information Act Acknowledgement |
| **Categories:** | Case Strategy |

[EXTERNAL EMAIL]
**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Ms. Westcott:

This email acknowledges receipt of your October 24, 2023, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on October 24, 2023, regarding We represent Mr. David Kezerashvili in his immigration matters. We submitted an inadmissibility waiver request for Mr. Kezerashvili through the U.S. embassy in Nicosia, Cyprus on April 4, 2023, where he had a B-2 visa application pending. This request was denied on July 18, 2023 based on an ineligibility determination entered by U.S. CBP on May 1, 2023 under INA Section 212(a)(2)(I). We are requesting copies of all documents, statements, related material (electronic and physical) and/or derogatory information associated with the ineligibility determination, which was relied upon when making the decision to deny Mr. Kezerashvili's inadmissibility waiver request. Please search all records from January 1, 2023 to present. We are happy to provide any additional information and/or documents that may be needed. (Date Range for Record Search: From 01/01/2023 To 10/23/2023).  This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h). If you have any questions regarding your request, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**



Request - F-2024-01004                                                                                           ← Back

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Ms. Yesim Westcott**
Attorney
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC  20004
Phone 2027395352
yesim.usluca@morganlewis.com

Requester Default Category: Other (General Public)

## Request Details

| | |
|---|---|
| Date Requested | 10/24/2023 |
| Received Date | 10/24/2023 |
| Estimate Delivery Date | 12/07/2023 |
| Status | Assigned for Processing |

## General Information

Please select **IPS** if you are seeking records relating to (1) the formulation and execution of U.S. foreign policy, (2) the administration and operations of the U.S. Department of State and U.S. missions abroad, (3) visa requests from non-citizens to the enter the U.S., (4) consular assistance to U.S. citizens abroad, and (5) current and former employees of the U.S. Department of State.

If you are seeking U.S. passport records, please select **PPT**.

| | |
|---|---|
| Action Office | ---------------Select----------- |
| Action Office Instructions | |
| Request Type | FOIA |
| Requester Category | Other (General Public) |
| Delivery Mode | PAL Download |

### Shipping Address

| | | | |
|---|---|---|---|
| Street1 | 1111 Pennsylvania Avenue N | Street2 | |
| Country | United States | City | Washington |
| State | District of Columbia | Other State/Province (Int'l) | |
| Zip Code | 20004 | | |

### Description of Records

6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and consenting to and authorizing disclosure of my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

| | |
|---|---|
| Records Description | We represent Mr. David Kezerashvili in his immigration matters. We submitted an inadmissibility waiver request for Mr. Kezerashvili through the U.S. embassy in Nicosia, Cyprus on April 4, 2023, where he had a B-2 visa |
| Date Range for Record Search: From(mm/dd/yyyy) | 01/01/2023   To (mm/dd/yyyy)   10/23/2023 |

The search will end with the date entered into the date range unless "present" is specified in the text of the request description.

Requests for an individual's visa records/an individual's records require a valid authorization from the subject of the records.  If you are seeking records about/on behalf of someone else, you are required to complete and attach a **DS-4240C** (Consent) form.

| | |
|---|---|
| Description Document | *Add Attachment* |

**FOIA Visa Add'l Information**

| | |
|---|---|
| Visa Applicant Name | David KEZERASHVILI |
| Aliases | |
| Date of Birth (mm/dd/yyyy) | 09/22/1978 |
| Applicant's Place of Birth | Tbilisi, Georgia |
| Case/Receipt # | DS-160 confirmation: AA00 |

**Fee Information**

The FOIA allows agencies to charge fees for processing FOIA requests (See **Fee Regulations** for Requester Category Information)

**Fee Agreement** (enter the maximum amount of fees you are willing to pay)

| | |
|---|---|
| Willing Amount ($) | 25.00 |

**Fee Waiver Requests -** A request for a waiver or a reduction of fees will be considered if disclosure of the information is in the public interest, because it is likely to contribute significantly to public understanding of the operations or activities of the government, and is not primarily in the commercial interest of the requester.

| | |
|---|---|
| Fee Waiver Requested | ☐ *Add Attachment* |
| Fee Waiver Request Reason | |

**Cost Details :**

| | |
|---|---|
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |

7

| | |
|---|---|
| Payment Status | No Charges |
| Willing to Pay All Fees | ☑ |

**Expedite Information**

Check to Request Expedite  ☐ 📎 Add Attachment

**Expedite Requests -** A request for expedited processing can be granted if the requester shows a "compelling need" for an expedited response.  The requester must also certify that the statement of compelling need is true and correct to the best of his or her knowledge and belief.  A "compelling need" warranting faster FOIA processing exists in three categories of circumstances.
- That the failure to obtain the records within an expedited deadline could reasonably be expected to pose an imminent threat to an individual's life or physical safety.
- A request by someone "primarily engaged in disseminating information" and "a matter of current exigency to the American public."
- The loss of substantial due process of rights.

Reason for Expedite Request

[STATE.gov](STATE.gov)      [USA.gov](USA.gov)      [FOIA.gov](FOIA.gov)

**8**



U.S. Department of State

# CONSENT FOR DISCLOSURE OF RECORDS PROTECTED UNDER THE PRIVACY ACT

If you are providing consent and authorizing the agency to disclose your records to another person or entity, please provide the information below. This form may also be used if you are the parent consenting to and authorizing disclosure of the records of a minor or the legal guardian of a U.S. citizen or Lawful Permanent Resident consenting to and authorizing disclosure of the records of an individual who has been declared by a court to be incompetent.

## Information Required for Identity-Proofing and Authentication

This information is required for the agency to verify your identity.

**1. Full Name of Requester [1]** (Last, First, MI)
Kezerashvili, David

**2. Current Address**
123a Old Church Street, London, U.K. SW 36EA

**3. Date of Birth** (mm-dd-yyyy)
09-22-1978

**4. Place of Birth**
Tbilisi

**5. Citizenship Status [2]**
U.K., Georgia & Israel

**6.** If you are a parent or legal guardian requesting records of a minor or an individual who has been declared by a court to be incompetent
Name of Record Subject:

Relationship to Record Subject:   ☐ Parent   ☐ Custodial Guardian   ☐ Legal Representation   ☐ Other

**7. Additional Information Required to locate records [3]**
Passport numbers: 133950407 (United Kingdom); 10BA81455 (Georgia - expired August 1, 2021); 23917663 (Israel - expired July 1, 2023); 23752442 (Israel - expired November 12, 2022); 20590958 (Israel - expired October 31, 2022)
Parents' names: Shota Kezerashvili (Father), Lali Kezerashvili (Mother) (Maiden name: Elishkova)

**8. Description of Requested Records** (Describe what records are being requested) [4]
We represent Mr. David Kezerashvili in his immigration matters. We submitted an inadmissibility waiver request for Mr. Kezerashvili through the U.S. embassy in Nicosia, Cyprus, where he had a B-2 visa application pending. This request was denied by the Consular Section on July 18, 2023 due to an ineligibility entered by U.S. CBP on May 1, 2023 under INA Section 212(a)(2)(I). We are requesting copies of all documents, statements, related material (electronic and physical) and/or derogatory information associated with the ineligibility determination made by U.S. CBP on May 1, 2023 for Mr. Kezerashvili under INA Section 212(a)(2)(I), which was relied upon when making the decision to deny the inadmissibiltiy waiver requuest.

**9. Recipient Information**
Name of Recipient (Person or Entity) to Whom Disclosure is Authorized: Yesim Usluca
Address for receiving the requested information:
yesim.usluca@morganlewis.com
1111 Pennsylvania Avenue NW, Washington, DC 20004

**10. Declaration under Penalty of Purjury**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and consenting to and authorizing disclosure of my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

Electronic Signature   /s/   Date (mm-dd-yyyy) 10-05-2023

DS-4240-C
03-2022

Page 1 of 2



U.S. Department of State

# THE FOREIGN SERVICE OF THE UNITED STATES OF AMERICA
## REFUSAL WORKSHEET

Date: 17-Jul-2023
Visa Symbol: B1/B2

**KEZERASHVILI, David**
Name *(Last, First, Middle)*

2022161 178 1 NCS

Dear Visa Applicant:

This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Nationality Act. The information contained in the paragraphs marked with "X" pertain to your visa application. Please disregard the unmarked paragraphs.

☐ Section 221(g) which prohibits the issuance of a visa to anyone whose application does not comply with the provisions of the Immigration and Nationality Act or regulations issued pursuant thereto. The following remarks apply in your case:*

☐ Section 212(a)(1) health-related grounds.

☐ Section 212(a)(4) which prohibits the issuance of a visa to anyone likely to become a public charge.

☒ Section 212(a)(2)(I) **You have an ineligibility entered by U.S. Customs and Border Protection on May 1, 2023.**

☒ Other: **214(b)**

☐ Further consideration will be given to your visa application after you obtain and present the documents listed above and/or the following:*

☐ You are eligible to apply for a waiver of the ground(s) of ineligibility.

**\*WARNING: IF YOU FAIL TO TAKE THE ACTION REQUESTED WITHIN ONE YEAR FOLLOWING VISA DENIAL UNDER SECTION 221(G) OF THE IMMIGRATION AND NATIONALITY ACT, SECTION 223(G) OF THE ACT REQUIRES THAT YOUR APPLICATION BE CANCELLED.**

Sincerely yours,

_____
American Consular Officer

OF-194
04-2008

10