UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KEZERASHVILI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 24-0473 (TSC) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

In accordance with the Court's May 21, 2024 Minute Order, Plaintiff David Kezerashvili and Defendant Department of State, having met and conferred regarding this Freedom of Information Act ("FOIA") action, respectfully submit the following status report and proposed schedule:

1. Defendant's search for potentially responsive records is ongoing, and the total number of potentially responsive pages is not yet known. Currently, Defendant has located approximately 370 pages of potentially responsive material, which is undergoing review for responsiveness and the applicability of any exemptions under the FOIA. Defendant anticipates making its first release on or around July 19, 2024, with releases to follow every six weeks thereafter.

2. It is too early to determine if a *Vaughn* index will be required, but Defendant will prepare such an index should the parties proceed to summary judgment briefing. The parties propose that a schedule for summary judgment briefing be set after Defendant has completed its

searches and release of records and the parties have conferred regarding any issues that may remain at that time.

3. Defendant does not currently anticipate the need for an *Open America* stay but reserves the right to so move should circumstances change that would warrant such a stay.

4. The parties propose filing a Joint Status Report in sixty days, or no later than August 22, 2024, to apprise the Court of the status of Defendants' searches and release of responsive, non-exempt material to Plaintiff. A proposed order is submitted herewith.

Dated: June 14, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Eric S. Bord*
Eric S. Bord
D.C. BAR # 429350
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave. NW
Washington, D.C. 20004-2541
Telephone: (202) 739-6040
Facsimile: (202) 739-3001
eric.bord@morganlewis.com

*Counsel for Plaintiff*

By:      */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KEZERASHVILI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 24-0473 (TSC) |

**PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report and Proposed Schedule, it is hereby

ORDERED that the Court ADOPTS the parties' proposed schedule for further proceedings. It is further

ORDERED that the parties shall file a further Joint Status Report on or before August 22, 2024.

SO ORDERED.

Date: _____                    _____
                                                United States District Judge